# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

RICARDO JEREMIAH,                               :    No. 86 EM 2016
                                                :
        Petitioner                           :
                                                :
                                                :
                                                :
        v.                                   :
                                                :
                                                :
                                                :
COMMONWEALTH OF PENNSYLVANIA,                    :
COURT OF COMMON PLEAS FOR THE                   :
CITY OF PHILADELPHIA,                            :
                                                :
        Respondent                           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of July, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED**. The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filings within 90 days. The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.

    Justice Mundy did not participate in the consideration or decision of this matter.